UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| v. ) | No. 07 CR 176 |
| CHRISTOPHER HARTNEY ) | Kennelly |
| Defendant. ) | |

TO: A.U.S.A. Pravin B. Rao
    219 S. Dearborn St.
    U.S. Courthouse - 5th Floor
    Chicago, IL 60604

## NOTICE OF FILING

Please be advised that on August 16, 2007, I caused to be filed with the Clerk of the Court the attached Memorandum in Support of Request for Sentence Outside the Advising Guideline Range, a copy of which is hereby served upon you.

_____
Ricardo J. Bird

## AFFIDAVIT OF SERVICE

I, Ricardo J. Bird, upon penalties of perjury as provided by statute do hereby state I personally served a copy of this Notice and Memorandum to the above party on August 16, 2007.

_____
Ricardo J. Bird

Ricardo J. Bird
5950-E Lincoln Ave.
Lisle, IL 60532
(630) 241-9225
Atty. No. 06207979

UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG 1 6 2007
8-16-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 176 |
| | ) | |
| CHRISTOPHER HARTNEY | ) | |

## MEMORANDUM IN SUPPORT OF REQUEST FOR SENTENCE OUTSIDE THE ADVISING GUIDELINE RANGE

NOW COMES the Defendant, CHRISTOPHER HARTNEY, by his attorney, Ricardo J. Bird, and hereby submits his sentencing position paper as follows:

### INTRODUCTION

Christopher Hartney is twenty-six (26) years of age. He has absolutely no criminal history and was twenty two years old at the time he engaged in the conduct resulting in the charges that bring him before this Honorable Court. He is a graduate of Downers Grove North High School where he played ice hockey for three years. Mr. Hartney earned a Bachelor's of Science degree, concentrated in computer programming, from DeVry Institute in 2003. He has been steadily employed since March of 1998, when he was seventeen, and is currently employed as a computer programmer by Dockworks in Schaumburg, Illinois, where he is a valued and highly regarded employee. (See attached exhibit A) Mr. Hartney's employer is aware of the government's investigation, charges and plea entered by him in this case.

Mr. Hartney resided at home with his parents, Steven and Nancy Hartney as well as his brother Brett and maternal grandmother Helen Holubiak, until June of 2007 when he purchased a home with his fiancé Elizabeth Zimmerman. Mr. Hartney has had a relationship with Elizabeth Zimmerman for the past eight years and they are eagerly anticipating their wedding on September 22, 2007. They currently reside in their first home at 164 Penny Lane, Bolingbrook, Illinois. Mr. Hartney has a very close relationship with his family as well as his future in-laws. Both families love, respect and are very supportive of him. (See exhibit B and C)

On April 21, 2004, FBI agents executed a search warrant at Mr. Hartney's residence as part of Operation Safehaven. This operation involved the investigation of the "warez scene", a group involved in the reproduction and distribution of pirated materials to the public. Mr. Hartney, as acknowledged by the government, was cooperative during the arrest and gave a full confession regarding his criminal conduct.(Presentence Report,

page 2, lines 48-50) On May 30, 2007, Mr. Hartney appeared before this Honorable Court for arraignment. He waived prosecution by indictment, waived preliminary hearing and entered a plea of guilty to copyright infringement in violation of 17 U.S.C. 506(1)(1) and 18 U.S.C. sec. 2319(b)(1) pursuant to a written plea agreement. Mr. Hartney was released on a recognizance bond and the matter was set for sentencing to August 23, 2007, at 1:30 p.m.

## SENTENCING

Pursuant to the Plea Agreement the Defendant has admitted to conduct which places him at a total offense level of 13, criminal history category of I and a projected sentencing range of 12-18 months in Zone C. (See Plea Agreement, page 8, par. (f)) The Presentence Report reflects this guideline range of imprisonment; however, places the Defendant's range in Zone D determining him to be eligible for probation pursuant to statute but not under the advisory guidelines scheme.

Prior to United States v. Booker, 543 U.S. 220, 125 S.Ct. 738; Rita v. United States, 127 S.Ct. 2456; United States v. Demaree, 459 F.3d 791(7th Cir.2006) and United States v. Wachowiak, No. 06-1643, C.A.7 (Wis.), 2007, the Defendant would not have been eligible for probation under the Sentencing Guidelines; however, this restriction is no longer applicable and this Honorable Court's "freedom to impose a reasonable sentence outside the range is unfettered." Wachowiak, No. 06-1643, C.A. 7 (Wis.) citing Demaree, 459 F.3d at 795. Christopher Hartney, pursuant to the above cited case law, requests this Honorable Court impose a sentence of probation and respectfully submits a "within guidelines" range sentence would be greater than necessary to achieve the sentencing purposes of 18 U.S.C. sec. 3553(a).

Christopher Hartney is twenty six years old and was twenty two during the time he committed this offense. He has led a completely law abiding life with the exception of this incident. He has been a lifelong resident of the State of Illinois having lived in Downwers Grove with his parents, brother and grandmother until June of this year. He is a high school graduate and has earned a Bachelor's of Science degree.

Mr. Hartney has been employed since he was seventeen years old. First as a cashier with Kmart then as a sales associate with Home Depot (for four years) and, for the past three years, as a computer programmer with Dockworks in Schaumburg, Illinois. Mr. Hartney has had a very good record of employment and has been highly regarded by all his employers. Furthermore, as evidenced by the letter submitted by Mr. Sam LaSpisa, President and CEO of Dockworks, he is a valued, reliable and trusted employee.

Christopher Hartney was very cooperative with the government on the date of arrest. He gave a full, written confession acknowledging his conduct and responsibility the very day the government executed a search warrant on his residence. Furthermore, he subsequently met with two FBI agents and provided full details as to his involvement in

the "warez scene", answered all the agents' questions and indicated his willingness to aid the government in a proactive way should that be beneficial in any further investigation. To this day Mr. Hartney continues to be willing to cooperate with the government in any way he can.

Christopher Hartney was a participant in the "warez scene"; however, he was not a major player. The government acknowledges as much on page 5 of its Version when it indicates Mr. Hartney "...assist [ed] in the uploading ... and downloading of software titles to and from the warez FTP server ..." He did benefit by obtaining items free of charge; however, he never obtained any material for the purpose of distributing it to the public via sales. He actually purchased many of the items he viewed at retail stores if they were of interest to him.

Christopher Hartney is very ashamed and remorseful about his conduct. He is extremely regretful for the pain it has caused his family and fiancé. He fully understands the seriousness of his actions and the detrimental effect this kind of endeavor has upon the industry and individuals whose livelihood depends on the exclusivity of their copyrighted works. His conduct for the overwhelming majority of his life as well as his conduct since April 21, 2004 indicate Mr. Hartney is a person of good character. He has a very supportive family and a woman that loves and wants to share the rest of her life with him. It is respectfully submitted its is extremely unlikely he would re offend.

A sentence of probation would not deprecate the seriousness of the offense or interfere with the desire for uniformity of sentences in the Federal system. Mr. Hartney will be a convicted felon for the rest of his life, with all the consequences and repercussions such status carries. He will be living under the conditions and watchful eye of the probation department knowing that any violation of the terms could put him behind bars. Finally, his arrest was part of an investigation by the government under Operation Safehaven. Numerous individuals across the country, several in the same circumstances as Mr. Hartney, have been charged with the same type of offense. On information and belief those individuals similarly situated have received sentences of probation.

Christopher Hartney is not asking this Honorable Court for a free pass. He is respectfully asking for an opportunity to show this conduct was an aberration and totally inconsistent with his character, values and the kind of man and citizen he is.

Respectfully submitted,

Ricardo J. Bird
Attorney for Christopher Hartney

Ricardo J. Bird
5950-E Lincoln Ave.
Suite 500
Lisle, IL 60532
(630) 241-9225
Atty. No. 06207979



August 13, 2007

To whom it may concern:

Chris Hartney has been employed with DocWorks for the last 4 years and is an exemplary employee. Chris is the head of our OCR programming group and in addition to his own responsibilities, he is counted on to manage a group of 4 other employees who are also involved with the OCR technology.

Chris is reliable, on time every day, and he does not require immediate oversight. When left on his own, he is diligent, resourceful, and when you give him a task he always handles it to the best of his ability. Chris does not waste the company's time and is a trusted employee with his responsibilities which often include being responsible with money.

We are a small company and the environment at the office is very busy. Only self-managed, self-starting people seem to flourish, Chris is a good example of this type of person. Everyone wears many hats at the office Chris knows a bit of every job on the technical side of the business so he is a vital resource for our every day success.

If you would like to call me or Mary our office manager discuss Chris' value to the company please feel free to call any time.

Sincerely,

Sam J. LaSpisa
President & CEO

My name is Karen Zimmerman. I have known Christopher Hartney for the past 8 yrs.

I first met him when he started dating my daughter, Elizabeth. He was just out of High School, and all of 18 yrs. old. He was a little shy at first, always polite and mild mannered.

Since that time, I have watched him become a fine upstanding man. The kind of man that any mother would want her daughter to meet, fall in love with and someday marry, and have children.

My wish is about to come true. On Sept. 22, 2007, Christopher and Elizabeth will be married, and he will become a part of my family.

I am very proud that he will be my Son-in-Law, and love him as if he were my own child.

*Karen J. Zimmerman*

My name is Steve Zimmerman.
I have known Christopher Hartney
since 1999 when he started dating
my daughter Elizabeth.

He and I enjoy some of the
same hobbies.

He will soon be my son-in-law
when he and Elizabeth get married
on Sept 22nd of this year. I know he
will be a good husband to my daughter.
He is a good person.

Steven Zimmerman