AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

      NORTHERN       District of       ILLINOIS

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| Christopher Hartney | Case Number:    07 CR 176 |
| | USM Number:    None |
| | Ricardo J. Bird |
| | Defendant's Attorney |

**THE DEFENDANT:**

X pleaded guilty to count(s)    One of the Information.

☐ pleaded nolo contendere to count(s)
    which was accepted by the court.

☐ was found guilty on count(s)
    after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC §2319(b)(1) | Copyright Infringement | 4/21/2004 | One |

      The defendant is sentenced as provided in pages 2 through   5   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

X Count(s)   any and all remaining counts   ☐ is    X are   dismissed on the motion of the United States.

      It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

August 23, 2007
Date of Imposition of Judgment

*[signature]*
Signature of Judge

U. S. District Court Judge Matthew F. Kennelly
Name and Title of Judge

8-28-07
Date

DEFENDANT: Christopher Hartney
CASE NUMBER: 07 CR 176

## PROBATION

The defendant is hereby sentenced to probation for a term of:
Five years.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

- [X] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- [X] The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)
- [X] The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
- [ ] The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- [ ] The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: Stephen Hartney
CASE NUMBER: 07 CR 176

## ADDITIONAL STANDARD CONDITIONS OF SUPERVISION

Defendant is to serve Six Months in home confinement, with electronic monitoring, to start after 10/15/2007.

Defendant is to complete 200 hours of Community Service.

AO 245B (Rev. 06/05) Judgment in a Criminal Case
Sheet 4B — Probation

Case: 1:07-cr-00176 Document #: 13 Filed: 08/23/07 Page 3 of 8 PageID #:53

Judgment—Page 3 of 5

DEFENDANT: Christopher Hartney
CASE NUMBER: 07 CR 176

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100 | $ 10,000 | $ None |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| **TOTALS** | $ 0 | $ 0 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

    ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 06/05) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page 5 of 5

DEFENDANT: Christopher Hartney
CASE NUMBER: 07 CR 176

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☐ Lump sum payment of $ _____ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☒ The defendant shall forfeit the defendant's interest in the following property to the United States:
**SEE ATTACHED.**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

CONSENT TO FORFEITURE

The Federal Bureau of Investigation seized the following ____(SEE ATTACHED)____ (property) from

__CHRISTOPHER HARTNEY__ (Name) on __4-21-04__ (date) pursuant to

__17 USC 506(a)__ (forfeiture authority).

### SEE ATTACHMENT "A"

*I understand that pursuant to 18 U.S.C. § 983, the FBI is required to send notice in non-judicial civil forfeiture matters. Having been advised of my rights regarding notice, I hereby knowingly and voluntarily waive my rights to such notice being sent within the time frames in 18 U.S.C. § 983 and to having the property returned to me if notice is not sent within the prescribed time frames. I voluntarily waive all constitutional, legal and equitable claims arising out of and/or defenses to the forfeiture of this property in any proceeding, including any claim of innocent ownership and any claim or defense under the Eighth Amendment, including any claim of excessive fine. I agree to not contest or assist anyone else in contesting the forfeiture on any other ground. I further agree not to petition or assist anyone else in petitioning for the remission or mitigation of the forfeiture.*

*I hereby agree to unconditionally release and hold harmless the FBI, its officers, employees and Agents, from any and all claims, demands, damages, cause of actions or suits, of whatever kind and description, and wheresoever situated, that might now exist or hereafter exist by reason of or growing out of or affecting, directly or indirectly, the seizure of the above described property.*

<u>Party Consenting to Forfeiture:</u>

Name: __CHRISTOPHER HARTNEY__

Address: ~~~~~~~~

Telephone: ~~~~~~~~
Date of Birth: ~~~~~~~~
Social Security Number: ~~~~~~~~

Signature: __Christopher Hartney__
Date: __8-23-07__

_____
**Counsel for Defendant**

_____
(AUSA's Name)
*Assistant United States Attorney*

## Attachment A - Christopher Hartney

- 1) BLACK COMPUTER MINI-TOWER S/N 032276231
  1) FLOPPY DISK IN FLOPPY DISK DRIVE

- VARIOUS MEDIA-MISCELLANEOUS CD'S COMPUTER ACCESSORY:
  FIFTY ONE (51) CD'S ON A SPINDLE
  FIVE (5) EMPTY PAPER CD SLEEVES
  ONE (1) PLASTIC CD CASE CONTAINING 22 BLANK CD'S
  FIVE (5) ZIP DISKS
  FIVE (5) CD'S IN INDIVIDUAL JEWEL CASES
  ONE (1) JEWEL CASE CONTAINING 3 CD'S
  EIGHT (8) LOOSE CD'S
  TWENTY NINE (29) CD'S IN PAPER/CARDBOARD SLEEVES
  FIFTY ONE (51) CD'S ON A SPINDLE IN A PLASTIC CONTAINER
  ZIP DISK DRIVE WITH CORD, IOMEGA, S/N 6JEN0460BL

- MISCELLANEOUS DOCUMENTS

- BLANK CD-RECORDABLE DISCS - 102
  EMPTY CD-RECORDABLE DISC PACKAGES - ONE (1)
  EMPTY CD JEWEL CASES - ELEVEN (11)

- BLANK DVD-RECORDABLE DISCS - FORTY SIX (46)
  BLANK CD-RECORDABLE DISCS - 140
  EMPTY DVD-RECORDABLE PACKAGE - ONE (1)
  ONE (1) MINI-COMPACT DISC

- DIGITAL MEDIA CD'S/DVD'S - TEN (10)

- SONY PS2 S/N PX820480594

- MICROSOFT XBOX S/N 214258621602

- "MATRIX RELOADED" DVD

- MISCELLANEOUS MEDIA-CD'S DVD'S:
  TWENTY FOUR (24) CDS ON A SPINDLE
  NINETY ONE (91) LOOSE CDS
  ONE (1) BLACK STORAGE CASE CONTAINING NINE (9) CDS
  ONE(1) UNOPENED 100 PACK CDS
  TWO (2) CDS IN ONE CONTAINER

- 1 BOX WITH EMPTY DVD CASES - SIXTY FIVE (65) CASES
- MISCELLANEOUS MEDIA (56 CD'S) IN CASE LOGIC CD CASE